# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEARY D. MCGOWEN,<br><br>Defendant. | 21-PO-05036-GF-JTJ<br><br>VIOLATION:<br>FATH003W<br>Location Code: M7<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, IT IS HEREBY ORDERED that the defendant shall pay a total fine amount of $230 ($200 fine and $30 processing fee). The total fine amount will be paid in full on or before December 31, 2021. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the initial appearance currently scheduled for July 15, 2021, is VACATED.

DATED this 28th day of June, 2021.

_____
John Johnston
United States Magistrate Judge