# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **GEARY D. MCGOWEN,** Defendant. | PO-21-05036-GF-JTJ **VIOLATION:** FATH003W **Location Code: M7** **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, IT IS HEREBY ORDERED that the bench warrant issued on or about January 21, 2021, is QUASHED.

DATED this 30th day of June, 2021.

_____
John Johnston
United States Magistrate Judge